Judge Kern(?)

07 CV 4073

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MORGAN FUNDING CORPORATION,          :
                                     :
                    Plaintiff,       :   Civil Action No.:
                                     :
       v.                            :
                                     :   **RULE 7.1 STATEMENT**        MAY 2 ? 2007
MARIO H. FIGUEROA, ACZEL RICO,       :
JOHN BLOTT, DAMON CHAN, JOHN         :
LEONE, CHRISTOPHER NAYLOR,           :
CHRISTOPHER VAN DYKE, CARLOS         :
VILLAR, JAMES YIN, BENJAMIN YIP      :
and JONATHAN E. VERAS,               :
                                     :
                    Defendants.      :
-----------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Morgan Funding Corporation (a private non-governmental party) certifies that said party has no corporate parents, affiliates and/or subsidiaries that are publicly held.

Dated: May 24, 20017
       New York, New York

                                VENABLE LLP
                                The Chrysler Building
                                405 Lexington Avenue, 56th Floor
                                New York, New York 10174
                                (212) 307-5500

                         By:    _____
                                Shaffin A. Datoo (SD-6929)

                                ATTORNEYS FOR PLAINTIFF