UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: VENABLE LLP

---

MORGAN FUNDING CORPORATION

                                           Plaintiff(s)

            - against -

MARIO H. FIGUEROA, ETAL

                                           Defendant(s)

Index # 07 CV 4073 (BERMAN)

Purchased May 24, 2007

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

MICHAEL HARRIS BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 7, 2007 at 07:00 PM at

552 W. 163RD STREET, APT. 31
NEW YORK, NY 10032

deponent served the within SUMMONS AND COMPLAINT on JOHN LEONE therein named,

**AFFIXING TO DOOR**    by affixing a true copy of each to the door of said premises, which is the Defendant's dwelling house/usual place of abode within the state. Deponent was unable, with due diligence to find the Defendant or a person of suitable age and discretion, thereat, having called there on:

June 6, 2007  AT  7:30 AM        June 5, 2007  AT  11:35 AM
June 7, 2007  AT  7:00 PM

**MAILING**    Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's last known residence at

552 W. 163RD STREET, APT. 31
NEW YORK, NY 10032

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on June 11, 2007 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

**MILITARY SERVICE**    Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

SPOKE TO A FEMALE BEHIND THE DOOR OF APT. 31 WHO REFUSED ACCESS AND SERVICE.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: June 11, 2007

| JOEL GRABER | MICHAEL SMITH | JONATHAN GRABER | **MICHAEL HARRIS** |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1077447 |
| No. 02GR4699723 | No. 15M4997428 | No. 01GR6156780 | Invoice #: 441803 |
| Qualified in New York County | Qualified in New York County | Qualified in New York County | |
| Comm. Expires February 10, 2010 | Comm. Expires June 8, 2010 | Comm. Expires December 4, 2010 | |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728