**VENABLE® LLP**

The Chrysler Building
405 Lexington Avenue
The Sixty-Second Floor
New York, New York 10174

Telephone 212-307-5500
Facsimile 212-307-5598

www.venable.com

**MEMO ENDORSED**



Adjourned to
8/28/07 @ 9:15 AM

RECEIVED
JUL 09 2007
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

SO ORDERED:
Date: 7/10/07
Richard M. Berman, U.S.D.J.

July 6, 2007

**VIA FIRST CLASS MAIL**
Honorable Richard M. Berman
United State District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Morgan Funding Corp. v. Figueroa, et al.*
      07 CV 4073 (RMB)

Dear Judge Berman:

This firm represents the Plaintiff, Morgan Funding Corporation, in the above-referenced matter. I write to request that the initial pre-trial conference, currently scheduled for July 13, 2007 at 9:00 a.m., be adjourned for thirty (30) days.

The reason for the request is because to date, only five (5) of the eleven (11) Defendants have been served, and only one (1) Defendant has entered an appearance. While we are diligently pursuing service of the remaining Defendants, we have been unable to consult with all parties on a proposed discovery plan as required by the Court's Order. We anticipate completing service within the next thirty (30) days.

Thank you for your time and consideration.

Respectfully submitted,

VENABLE LLP

Shaffin A. Datoo (SD-6929)

cc:   Christopher Naylor, pro se

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/07