# MEMO ENDORSED



H. Mario Figueroa
15 Spring Valley Road, Park Ridge, New Jersey 07656
M: 201-401-0286    O: 212-213-5120 x 3025

> **PLAINTIFF TO RESPOND WITH A BRIEF (2-3 PAGE) LETTER BY FRIDAY, 8/10/07**
>
> SO ORDERED:
> Date: 8/8/07
> Richard M. Berman, U.S.D.J.

August 7, 2007

**VIA FIRST CLASS MAIL**
Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:  *Morgan Funding Corp. v. Figueroa, ET, al.*
          07 CV 4073 (RMB)

Dear Judge Berman:

    I have been named as a defendant in the above captioned matter and I do not have counsel. I write to advise you that I was improperly served on July 20, 2007 at 09:45 AM at my place of employment and to request that you please dismiss this case against me. I was under the protection of an automatic stay in a Chapter 7 Bankruptcy preceding that was filed on June 06, 2007 in the U.S. Bankruptcy Court for The District of New Jersey.

    The reason for this request to dismiss is because VENABLE LLP, Morgan Funding and most notably Shaffin A. Datoo (SD-6929) were properly notified yet violated the automatic stay provision of the Bankruptcy Code. The plaintiff and the plaintiff's attorney were not only properly advised through the Bankruptcy courts as shown in pages 18 and 23 of Schedule F but also with a letter from my attorney, copies of which I have attached.

    Thank you in advance for your consideration.

                        Respectfully submitted,

                        H. Mario Figueroa

cc: Shaffin A. Datoo, Esq. Venable LLP

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: Aug. 8, 2007