UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
MORGAN FUNDING CORPORATION,   :
                                                     :       Case No.: 07 Civ. 4073 (RMB)
          Plaintiff,     :
                                                   :      **MOTION TO ADMIT COUNSEL**
          v.               :      *PRO HAC VICE*
                                                   :
MARIO H. FIGUEROA, et al.,     :
                                                   :
          Defendants    :
-------------------------------------------------------x

      PURSUANT TO RULE 1.3 (c) of the local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Shaffin A. Datoo, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

                James E. Fagan, III
                Venable LLP
                575 7th Street, NW
                Washington, DC 20004
                Tel.: (202) 344-8041
                Fax: (202) 344-8300

     James E. Fagan, III is a member in good standing of the Bars of the Commonwealth of Virginia and the District of Columbia. There are no pending disciplinary proceedings against James E. Fagan, III in any State or Federal Court.

Dated: August 6, 2007
       New York, New York

                                            Respectfully submitted,

                                            VENABLE LLP
                                            405 Lexington Avenue, 62nd Floor
                                            New York, NY 10174
                                            (212) 307-5500

                          By: _____
                                     Shaffin A. Datoo (SD-6929)

                                            ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

  I, Shaffin A. Datoo, hereby certify that on August 6, 2007, I caused a true and correct copy of the **Motion to Admit Counsel** *Pro Hac Vice* to be served via first class mail on Defendants as follows:

**MARIO H. FIGUEROA**
393 W. 49th Street
New York, NY 10019
and
c/o Robbins and Lloyd Mortgage
347 5th Avenue, Room 1506
New York, New York 10016

**ACZEL RICO**
217 Hazen Ave, Apt 1E
New York, NY 10033
and
c/o Robbins and Lloyd Mortgage
347 5th Avenue, Room 1506
New York, New York 10016

**JOHN BLOTT**
2075 Bradford Ave. Apt 1G,
Brooklyn, NY 11226
and
c/o Robbins and Lloyd Mortgage
347 5th Avenue, Room 1506
New York, New York 10016

**DAMON CHAN**
83-13 Dongan Ave.
Elmhurst, NY 11373
and
c/o Robbins and Lloyd Mortgage
347 5th Avenue, Room 1506
New York, New York 10016

**JOHN LEONE**
552 W. 163rd Street, Apt. 31
New York, NY 10032

**CHRISTOPHER NAYLOR**
10 Laurel Court
Highland Mills, NY 10930

**CHRISTOPHER VAN DYKE**
561 10th Ave.
New York, NY 10036
and
c/o Robbins and Lloyd Mortgage
347 5th Avenue, Room 1506
New York, New York 10016

**CARLOS VILLAR**
50 West Buchanan Place, Apt. 1A
Bronx, NY 10453
and
c/o Robbins and Lloyd Mortgage
347 5th Avenue, Room 1506
New York, New York 10016

**JAMES YIN**
153 S. 74th Street
Brooklyn, NY 11228
and
c/o Robbins and Lloyd Mortgage
347 5th Avenue, Room 1506
New York, New York 10016

**BENJAMIN YIP**
58-18 206th Street
Bayside, NY 11364

**JONATHAN E. VERAS**
420 W. 42nd Street, #24H
New York, NY 10036

_____
SHAFFIN A. DATOO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
MORGAN FUNDING CORPORATION,           :
                                                                  :      Case No.: 07 Civ. 4073 (RMB)
                      Plaintiff,                             :
                                                                  :      **AFFIRMATION OF SHAFFIN A.**
                                                                  :      **DATOO IN SUPPORT OF MOTION TO**
         v.                                                   :      **ADMIT COUNSEL *PRO HAC VICE***
                                                                  :
                                                                  :
MARIO H. FIGUEROA, et al.,                   :
                                                                  :
                      Defendants.                       :
-------------------------------------------------------x

Shaffin A. Datoo, an attorney duly admitted to practice law in the State of New York and in the Southern District of New York, hereby affirms under penalties of perjury as follows:

1. I am an associate attorney at Venable LLP, counsel for Plaintiff in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit James E. Fagan, III as counsel *pro hac vice* to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 2001. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with the Court.

3. I have known James E. Fagan, III since January 2007.

4. James E. Fagan, III is an associated attorney at Venable LLP, in Washington, D.C. His office is located at 575 7th Street, N.W., Washington, DC 20004.

5. Certificates of good standing for James E. Fagan, III are attached hereto as **Exhibit A**.

6.     I have found James E. Fagan, III to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure as well as the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York.

7.     Accordingly, I am pleased to move for the admission of James E. Fagan, III, *pro hac vice*.

8.     I respectfully submit a proposed order granting the admission of James E. Fagan, *pro hac vice*, which is attached hereto as **Exhibit B.**

WHEREFORE, it is respectfully requested that the motion to admit James E. Fagan, III pro *hac vice*, to represent Plaintiff in the above-captioned matter, be granted.

Dated: August 6, 2007
       New York, New York

                                          SHAFFIN A. DATOO (SD-6929)

Howard W. Martin, Jr., President
Crenshaw, Ware & Martin, P.L.C.
1200 Bank of America Center
Norfolk, VA 23510-2111
Telephone: (757) 623-3000

Manuel A. Capsalis, President-elect
Capsalis, Bruce & Reaser, P.L.C.
2200 Wilson Boulevard, Suite 800
Arlington, VA 22201
Telephone: (703) 358-9620

Karen A. Gould, Immediate Past President
McSweeney, Crump, Childress & Gould, P.C.
11 South Twelfth Street
Richmond, VA 23219
Telephone: (804) 545-2415

George W. Chabalewski
Bar Counsel

Thomas A. Edmonds
Executive Director and
Chief Operating Officer

Mary Yancey Spencer
Deputy Executive Director

Elizabeth L. Keller
Assistant Executive Director
for Bar Services

Susan C. Busch
Assistant Executive Director
for Administration

# Virginia State Bar

Eighth and Main Building
707 East Main Street, Suite 1500
Richmond, Virginia 23219-2800
Telephone: (804) 775-0500

Facsimile: (804) 775-0501   TDD: (804) 775-0502

July 19, 2007

**CERTIFICATE OF GOOD STANDING**

THIS IS TO CERTIFY THAT **JAMES EDWARD FAGAN, III** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **MR. FAGAN** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 1, 1992,** AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE VIRGINIA BOARD OF BAR EXAMINERS.

SINCERELY,

*[signature]*

THOMAS A. EDMONDS
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

                    JAMES EDWARD FAGAN

was on the  11TH  day of   DECEMBER, 2006
duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

> In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 12, 2007.
>
> GARLAND PINKSTON, JR., CLERK
>
> By: _____
>                 Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
MORGAN FUNDING CORPORATION, :
:  Case No.: 07 Civ. 4073 (RMB)
                Plaintiff. :
: **ORDER FOR ADMISSION OF**
: **COUNSEL *PRO HAC VICE***
                v. :
:
MARIO H. FIGUEROA, et al.. :
:
                Defendants. :
-------------------------------------------------------x

Upon the Motion of Shaffin A. Datoo, attorney for Plaintiff, Morgan Funding Corp., and said sponsor attorney's affirmation in support;

**IT IS HEREBY ORDERED** that:

        James E. Fagan, III
        Venable LLP
        575 7th Street, NW
        Washington, DC  20004
        Tel.:  (202) 344-8041
        Fax:  (202) 344-8300
        E-mail:  jefagan@venable.com

is admitted to practice *pro hac vice* as counsel for Plaintiff, Morgan Funding Corp., in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: _____, 2007
       New York, New York

                                                    _____
                                                        U.S.D.J./U.S.M.J

## **CERTIFICATE OF SERVICE**

I, Shaffin A. Datoo, hereby certify that on August 6, 2007, I caused a true and correct copy of the **Affirmation of Shaffin A. Datoo In Support of Motion to Admit Counsel Pro Hac Vice** to be served via first class mail on Defendants as follows:

**MARIO H. FIGUEROA**
393 W. 49th Street
New York, NY 10019
and
c/o Robbins and Lloyd Mortgage
347 5th Avenue, Room 1506
New York, New York 10016

**ACZEL RICO**
217 Hazen Ave, Apt 1E
New York, NY 10033
and
c/o Robbins and Lloyd Mortgage
347 5th Avenue, Room 1506
New York, New York 10016

**JOHN BLOTT**
2075 Bradford Ave. Apt 1G,
Brooklyn, NY 11226
and
c/o Robbins and Lloyd Mortgage
347 5th Avenue, Room 1506
New York, New York 10016

**DAMON CHAN**
83-13 Dongan Ave.
Elmhurst, NY 11373
and
c/o Robbins and Lloyd Mortgage
347 5th Avenue, Room 1506
New York, New York 10016

**JOHN LEONE**
552 W. 163rd Street, Apt. 31
New York, NY 10032

**CHRISTOPHER NAYLOR**
10 Laurel Court
Highland Mills, NY 10930

**CHRISTOPHER VAN DYKE**
561 10th Ave.
New York, NY 10036
and
c/o Robbins and Lloyd Mortgage
347 5th Avenue, Room 1506
New York, New York 10016

**CARLOS VILLAR**
50 West Buchanan Place, Apt. 1A
Bronx, NY 10453
and
c/o Robbins and Lloyd Mortgage
347 5th Avenue, Room 1506
New York, New York 10016

**JAMES YIN**
153 S. 74th Street
Brooklyn, NY 11228
and
c/o Robbins and Lloyd Mortgage
347 5th Avenue, Room 1506
New York, New York 10016

**BENJAMIN YIP**
58-18 206th Street
Bayside, NY 11364

**JONATHAN E. VERAS**
420 W. 42nd Street, #24H
New York, NY 10036

_____
SHAFFIN A. DATOO