UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
MORGAN FUNDING CORPORATION,   :
                              :   Case No.: 07 Civ. 4073 (RMB)
        Plaintiff.            :
                              :   **ORDER FOR ADMISSION OF**
                              :   **COUNSEL *PRO HAC VICE***
        v.                    :
                              :
MARIO H. FIGUEROA, et al..    :
                              :
        Defendants.           :
-------------------------------------------------------x

Upon the Motion of Shaffin A. Datoo, attorney for Plaintiff, Morgan Funding Corp., and said sponsor attorney's affirmation in support;

**IT IS HEREBY ORDERED** that:

James E. Fagan, III
Venable LLP
575 7th Street, NW
Washington, DC 20004
Tel.: (202) 344-8041
Fax: (202) 344-8300
E-mail: jefagan@venable.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/07

is admitted to practice *pro hac vice* as counsel for Plaintiff, Morgan Funding Corp., in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: **August 15**, 2007
        New York, New York



_____
U.S.D.J./U.S.M.J