**MEMO ENDORSED** COURTESY COPY

P. 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MORGAN FUNDING CORPORATION,

                      Plaintiff,       Civil Action No.: 07-CV-4073 (RMB)

V.

                                          **MOTION TO DENY COUNSEL**
CHRISTOPHER NAYLOR,                **PRO HAC VICE**

                      Defendant,
-----------------------------------------------------------------X

PERSUANT TO RULE 1.3 (c) of the local rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Christopher J Naylor, representing myself *pro se*, hereby move for an Order Denying the admission *pro hac vice* of:

          James E. Fagan, III
          Venable LLP
          575 7th Street, NW
          Washington, DC 20004
          Tel.: (202) 344-8041
          Fax: (202) 344-8300

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/07

To Date none of the defendants are being represented by legal counsel. Plaintiff's existing counsel has shown no evidence why he is not competent and capable of representing the Plaintiff especially against *pro se* defendants. This action is nothing more than an intimidation tactic by one of the largest law firms in America. Its only effect is to waste the court's time.



RECEIVED AUG 15 2007 — CHAMBERS OF RICHARD M. BERMAN U.S.D.J.

AUG 14 2007

I respectfully requests that Plaintiff's Complaint be dismissed with prejudice, and that Defendant be granted judgment against plaintiff for costs, legal fees, time and energy, and any and all other relief this Court deems appropriate.

X _____

Christopher J Naylor
10 Laurel Ct
Highland Mills NY 10930
(914) 886 – 5619
Monday August 13, 2007

> DEFENDANT NAYLOR'S MOTION IS DENIED AS FRIVOLOUS AND NOT IN ACCORDANCE WITH THE COURT'S INDIVIDUAL RULES OR WITH LOCAL RULE 1.3(c).
>
> SO ORDERED:
> Date: 8/15/07    Richard M. Berman
> Richard M. Berman, U.S.D.J.