UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MORGAN FUNDING CORPORATION,       :
                                  :
            Plaintiff,            :  Civil Action No.: 07 Civ. 4073 (RMB)
                                  :
      v.                          :
                                  :  **NOTICE OF DISMISSAL**
MARIO H. FIGUEROA, et al.,        :
                                  :
            Defendants.           :
                                  :
-----------------------------------------------------------x

    Pursuant to Fed. R. Civ. P. R.41(a)(1), Plaintiff, Morgan Funding Corporation, hereby dismisses Mario H. Figueroa as a defendant in the above-captioned action without prejudice.

Dated: August 13, 2007
      New York, New York

                              Respectfully submitted,

                              VENABLE LLP
                              The Chrysler Building
                              405 Lexington Avenue, 62nd Floor
                              New York, New York 10174
                              (212) 808-5669

                    By: _____
                              Shaffin A. Datoo (SD-6929)

                              ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

      I, Shaffin A. Datoo, hereby certify that on August 13, 2007, I caused a true and correct copy of the within **Notice of Dismissal** to be served via first class mail on the following:

Mr. John Leone
552 W. 163rd Street, Apt. 31
New York, NY 10032

Mr. Christopher Naylor
10 Laurel Court
Highland Mills, NY 10930

Mr. Jonathan E. Veras
420 W. 42nd Street, #24H
New York, NY 10036

Mr. Benjamin Yip
58-18 206th Street
Bayside, NY 11364

Mr. Mario H. Figueroa
15 Spring Valley Road
Park Ridge, NJ 07656

_____
SHAFFIN A. DATOO