USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/24/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
MORGAN FUNDING CORPORATION,

              Plaintiff,

           v.

MARIO H. FIGUEROA, et al.,

              Defendants.
------------------------------------------------------x

Civil Action No.: 07 Civ. 4073 (RMB)

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. R.41(a)(1), Plaintiff, Morgan Funding Corporation, hereby dismisses Mario H. Figueroa as a defendant in the above-captioned action without prejudice.

Dated: August 13, 2007
       New York, New York

RECEIVED AUG 24 2007 CHAMBERS OF RICHARD M. BERMAN U.S.D.J.

Respectfully submitted,

VENABLE LLP
The Chrysler Building
405 Lexington Avenue, 62nd Floor
New York, New York 10174
(212) 808-5669

By: _____
Shaffin A. Datoo (SD-6929)

ATTORNEYS FOR PLAINTIFF

SO ORDERED:
Richard M. Berman
RICHARD M. BERMAN U.S.D.J.
8/24/07