UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
:
MORGAN FUNDING CORPORATION      :        **Case Management Plan**
:
Plaintiff, :        07-CV-4073 (RMB)
:
v.        :
:        USDC SDNY
MARIO H. FIGUEROA, et al.,       :        DOCUMENT
:        ELECTRONICALLY FILED
Defendants. :        DOC #: _____
:        DATE FILED: __8/29/07__
-----------------------------------------------------------x

The following Case Management Plan is entered after consultation with parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i) Joinder of additional parties by __09/30/07_____

(ii) Amend the pleadings by __10/30/07_____

(iii) All discovery to be **expeditiously** completed by __01/15/08_____

(iv) Consent to Proceed before Magistrate Judge __No_____

(v) Status of settlement discussions __Ongoing_____

**Sections vi through xi will be set at conference with the Court.**

(vi) Motions _____

(vii) Oral Argument _____

(viii) Joint Pre-Trial Order to be submitted by _____

(ix) Final Pre-Trial Conference _____

(x) Trial _____

(xi) Other _____

SO ORDERED: New York, New York
__8/28/07__

_RMB_
Hon. Richard M. Berman, U.S.D.J.