BERMAN, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

MORGAN FUNDING CORPORATION,      :

                    Plaintiff,      :    Civil Action No.: 07 Civ. 4073 (RMB)

          v.                        :

                                    :    **STIPULATION OF**
MARIO H. FIGUEROA, ROBBINS &        :    **VOLUNTARY DISMISSAL**
LLOYD MORTGAGE, L.L.C., JOHN        :
LEONE, CHRISTOPHER NAYLOR,          :
BENJAMIN YIP and JONATHAN E.        :
VERAS,                              :

                    Defendants.     :
-----------------------------------------------------------x

        Plaintiff, Morgan Funding Corporation, by counsel, and pursuant to Federal Rule of Civil

Procedure 41(a)(1)(ii), hereby submits this Stipulation of Voluntary Dismissal of this action

against all defendants. Defendants Naylor and Leone, having appeared in this matter, have

endorsed the Stipulation as required by Rule.

_____
James B. Fagan, III, *pro hac vice*
VENABLE LLP
575 7ᵗʰ Street NW
Washington DC 20004
(202) 344-8041
ATTORNEYS FOR PLAINTIFF

_____
Christopher Naylor, pro se defendant
10 Laurel Court
Highland Mills, NY 10930
(914) 886-5619

_____
John Leone, pro se defendant
552 W 163ʳᵈ Street, Apt. 31
New York, NY 10032

┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY  FILED            │
│ DOC #: _____             │
│ DATE FILED: 11/27/07             │
└─────────────────────────────────┘

THE CLERK TO CLOSE THIS CASE.

**SO ORDERED:**

RMB
_____
U.S.D.J.
11/27/07

Richard M. Berman